# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Joseph E. Glaum, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Colby Braun, et al., | ) | Case No. 1:24-cv-146 |
| | ) | |
| Defendants. | ) | |

Plaintiff Joseph E. Glaum ("Glaum") is an inmate at the North Dakota State Penitentiary. He initiated the above-captioned civil rights action pro se with the filing of a Complaint.

On February 7, 2025, he filed what the court construes as a Motion to Consolidate Cases. (Doc. No. 32). Asserting that his claims are similar those being asserted in Case No. 1:24-cv-122, a pending civil rights action filed another inmate at the NDSP, he requests this action be consolidated or joined with Case No. 1:24-cv-122.

The court is not inclined to consolidate this action with Case No. 1:24-cv-122. First, the court has yet to complete its initial review of Glaum's claims as mandated by statute. 28 U.S.C. § 1915A. Glaum cannot avoid this review by grafting his claims on to those being asserted by another inmate. Second, the court is not persuaded that the two cases involve common questions of law and/or fact to warrant consolidation. Third, the court is not persuaded that consolidation of these two actions will meaningfully streamline the proceedings or conserve any judicial resources. Glaum's Motion to Consolidate (Case No. 32) is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated this 13th day of March, 2025.

                                         */s/ Clare R. Hochhalter*
                                         Clare R. Hochhalter, Magistrate Judge
                                         United States District Court