# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Joseph E. Glaum, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Colby Braun and Joseph Joyce, ) | |
| ) | Case No. 1:24-cv-146 |
| Defendants. ) | |

On October 28, 2025, Plaintiff filed what is styled as a scheduling and discovery plan. (Doc. No. 91).[1] The court construes Plaintiff's filing as a motion to extend the deadline to complete fact discovery. (Doc. No. 91).

The parties currently have until October 24, 2025, to complete fact discovery and file discovery motions. (Doc. No. 62). Plaintiff asserts that, due to circumstances out of his control, he requires additional time to complete discovery. He does not explicitly state how much additional time he requires. He does, however, propose a deadline of December 20, 2025, for Rule 26(a)(1) disclosures. Given the present posture of this case, the court interprets this proposal as a request to extend the discovery deadline until December 20, 2025.

The court **GRANTS** Plaintiff's motion (Doc. No. 91) insofar as he is seeking an extension of fact discovery deadlines. The parties shall have until December 20, 2025, to complete fact discovery and file discovery motions.

---

[1] In his proposed plan, Plaintiff represents that the parties conferred on July 23, 2025, and agreed upon the contents of his proposed plan. The court finds this representation to be highly dubious as the Defendants previously submitted a proposed plan in which they represented that the parties had conferred on July 23, 2025, but unilaterally proposed different deadlines than those now being proposed by Plaintiff. The court ended up adopting Defendants' plan on July 29, 2025. (Doc. No. 62).

**IT IS SO ORDERED.**

Dated this 30th day of October, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court