# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Joseph E. Glaum, )<br> )<br> )   **ORDER DENYING MOTION**<br> )   **FOR RESPONSIVE DEADLINE**<br>Plaintiff, )   **EXTENSIONS**<br> )<br>v. )<br> )<br>Colby Braun and Warden Joseph Joyce, )<br> )<br> )   Case No.: 1:24-cv-00146<br> )<br>Defendants. ) | |

On December 23, 2025, Plaintiff Joseph Glaum ("Plaintiff") filed a *Motion for Responsive Deadline Extensions*. (Doc. No. 102). Therein, Plaintiff requested the court allow him twenty (20) days to respond to pleadings filed by the Defendants, regarding an answer or other responsive pleadings that would normally allow for fourteen (14) days.

The court is inclined to **DENY** Plaintiff's motion (Doc. No. 102) without prejudice. It does not appear that there are any pending motions to which Plaintiff may require additional time to respond. Moreover, the court is not persuaded that proactive deadline extensions are currently necessary. In the event there are future motions filed, Plaintiff may make the appropriate motions to request an extension of time as necessary, and the Court shall address each motion accordingly.

**IT IS SO ORDERED.**

Dated this 30th day of December, 2025.

                                                      */s/ Clare R. Hochhalter*
                                                    Clare R. Hochhalter, Magistrate Judge
                                                    United States District Court