IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Joseph E. Glaum, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Colby Braun and Joseph Joyce, ) | Case No. 1:24-cr-146 |
| ) | |
| Defendants. ) | |

On January 14, 2026, the court issued an order granting Plaintiff's request to extend the deadline for completing fact discovery until March 13, 2026. (Doc. No. 110).

On January 23, 2026, Plaintiff filed a "Request for leave or stipulation to expand/extend time for discovery." (Doc. No. 111). Plaintiff states that Defendant has yet to respond to his October 13, 2025, discovery requests. Speculating that Defendants require more time to respond to his requests, he asks the court to extend the fact discovery deadline until April 23, 2026. As an aside, Defendant states that he "wishes to proceed with Interrogatories (Rule 33), Request for documents (Rule 34), and Requests for admission (Rule 36), which he was holding off on completing because he wanted to see what was produced through the October - December discovery order first." (Id.).

The court is not presently inclined to further extend the discovery the deadline until April 23, 2026. First, Defendants have not requested additional time respond to Plaintiff's discovery requests. Second, there is nothing in the record to suggest that discovery cannot be completed by the current deadline. Defendant's request to extend the fact discovery deadlines (Doc. No. 111) is therefore **DENIED** without prejudice.

In regard to Plaintiff's stated desire to serve interrogatories, requests for production, and

requests for admission on Defendants, the court simply notes that Plaintiff does not require its permission to conduct discovery within the parameters established in the orders it issued on July 29, 2025, and January 14, 2026. (Doc. Nos. 62 and 110). Should any issues regarding discovery arise, Plaintiff is expected to strictly follow the instructions previously given by the court in its June 23, 2025, order regarding resolution of discovery disputes.  (Doc. No. 55). Plaintiff is also reminded that, although he is proceeding *pro se*, he is bound by and must comply with Federal Rules of Civil Procedure and this district's local rules.

**IT IS SO ORDERED.**

Dated this 26th day of January, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hohchalter, Magistrate Judge
United States District Court